# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY,<br><br>Plaintiff(s),<br><br>v.<br><br>BRASSCRAFT MANUFACTURING COMPANY,<br><br>Defendant(s). | CASE NO. C24-01181-KKE<br><br>ORDER |

The parties stipulated to a continuance of the deadline for expert disclosures. Dkt. No. 15. The Court finds good cause to support a continuance, and therefore GRANTS the motion to continue the expert disclosure deadline to June 5, 2025. *Id.* All other deadlines in the case schedule remain unchanged. *See* Dkt. No. 13.

Dated this 21st day of April, 2025.

Kymberly K. Evanson
United States District Judge

ORDER - 1