UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY, | CASE NO. C24-01181-KKE |
|---|---|
| Plaintiff(s), | ORDER OF DISMISSAL |
| v. | |
| BRASSCRAFT MANUFACTURING COMPANY, | |
| Defendant(s). | |

The parties have stipulated to the dismissal of all claims against Defendant BrassCraft Manufacturing Company with prejudice and without costs or attorney's fees under Federal Rule of Civil Procedure 41.  Dkt. No. 21.  As it appears that no issue remains for the Court's determination, the Court ORDERS that this action and all claims asserted herein are DISMISSED with prejudice and without costs to any party.

The trial date and pretrial deadlines previously set (Dkt. No. 13) are hereby VACATED.

Dated this 30th day of September, 2025.

Kymberly K. Evanson
United States District Judge

ORDER OF DISMISSAL - 1